UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.: 09-44943 |
| ) | |
| CANOPY FINANCIAL, INC. ) | |
| ) | Chapter: 7 |
| Debtor(s) ) | |
| GUS A. PALOIAN, not individually but solely as Chapter ) | Honorable Eugene R. Wedoff |
| 7 trustee for Canopy Financial Inc., ) | |
| ) | |
| Plaintiff(s) ) | Adv. No.: 10-01519 |
| ) | |
| DOUGLAS MATTHEW GHERTNER ) | |
| ) | |
| Defendant(s) ) | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

This Court having approved a settlement agreement between the Plaintiff and the Defendant under Rule 9019(a) of the Federal Rules of Bankruptcy Procedure in the above-captioned adversary proceeding:

IT IS HEREBY ORDERED THAT:

1. Pursuant to the settlement agreement, this adversary proceeding is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

2. The status hearing set for June 15, 2011 at 10:00 a.m. is stricken.

Enter: _Eugene R Wedoff_ RS

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: **5/19/2011**

**Prepared by counsel of Movant:**

Andrew V. Banas (023886)
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603
Tel.: (312) 460-5000
Fax: (312) 460-7000
abanas@seyfarth.com